UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 4:06CR187 CDP |
| JONATHAN SIKKEMA, | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the defendant's motion to continue his sentencing [#62] is granted.

**IT IS FURTHER ORDERED** that the sentencing as to defendant **Jonathan Sikkema** is reset to **Friday, August 31, 2007 at 1:30 p.m.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 31st day of July, 2007.